| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**BECKER MEISEL LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel for Stacey L. Meisel, Chapter 7 Trustee<br><br>SUZANNE IAZZETTA (SI 2116) | |
| **In re:**<br><br>LEE, DAI M. & HEE S.<br><br>Debtors. | Case No. 10-44799 (DHS)<br><br>Chapter 7<br><br>**Judge: Hon. Donald H. Steckroth**<br><br>**Hearing Date: August 28, 2012 at 10:00 a.m.**<br>**Objection Deadline: August 21, 2012**<br><br>**ORAL ARGUMENT WAIVED UNLESS TIMELY OBJECTION IS FILED** |
| Stacey L. Meisel, Chapter 7 Trustee<br><br>Plaintiff,<br><br>vs.<br><br>Cavalry SPV I LLC, New Century Financial Services, Inc., Laridian Consulting Inc., NCO Portfolio Management Inc., and Cavalry Investments LLC.,<br><br>Defendants. | Adv. Proc. No. 12-01204 (DHS) |

**TO: All Parties on the Service List Attached to the Certification of Service**

**PLEASE TAKE NOTICE** that on Tuesday, August 28, 2012 at 10:00 a.m., or as soon thereafter as counsel may be heard, Stacey L. Meisel, the Chapter 7 Trustee (the "**Trustee**") for the above-captioned debtors (the "**Debtors**"), by and through her attorneys, Becker Meisel LLC, shall move before the Honorable

Donald H. Steckroth, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Martin Luther King Jr. Federal Building and Courthouse, Third Floor, 50 Walnut Street, Courtroom 3B, Newark, New Jersey 07102, for an *Order Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Stipulation and Consent Order in Settlement of the Avoidance Action Brought by the Chapter 7 Trustee Against Cavalry SPV I LLC.* (the "**Settlement Motion**") and for other related relief.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to rule 9013-1(i) of the *District of New Jersey Local Bankruptcy Rules* (the "**Local Rules**"), unless the Court authorizes or directs otherwise prior to the return date hereof, no testimony shall be taken at the hearing on the Settlement Motion, except by certification or by affidavit;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-2, it is hereby respectfully submitted that no brief is necessary in the Court's consideration of the Settlement Motion, as it does not involve a complex issue of law;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(d), opposition to the relief requested by the Settlement Motion and/or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon Becker Meisel LLC by the Objection Deadline set forth above;

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(a), the Settlement Motion shall be deemed uncontested unless responding papers are timely filed; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9013-1(a), a proposed form of Order is submitted herewith.

        **BECKER MEISEL, LLC**
        Attorneys for the Chapter 7 Trustee

        By: /s/ *Suzanne Iazzetta*
            Suzanne Iazzetta, Esq.

Dated:  July 31, 2012

S:\Docs\Becker Meisel\LEE, DAI & HEE\ADV PROC TO AVOID JUDICIAL LIENS\MOTION TO APPROVE SETTLEMENT WITH NCIS\LEE - Motion to Approve Settlement - Notice of Motion.doc

3