# EXHIBIT A

# First American Title Insurance Company

General Land Division One Gateway Center Suite 1025
Newark, NJ  07102
Telephone: (973) 621-7400
Fax: (973) 621-7488

Date: November 07, 2011                    File Number:      2011N-3764

| Applicant:   Suzanne  Iazzetta, Esq.<br>Becker Meisel, LLC<br>354 Eisenhower Plaza II<br>354 Eissenhower Parkway, Suite 1500<br>Livingston, NJ  07039<br><br>Client Ref. #: 10-44799 | Company assumes no liability for the contents herein unless payment is received within 30 days from the date of the invoice.<br><br>NOTE: LIMIT OF LIABILITY UNDER THIS REPORT IS $1,000.00 |
|---|---|
| Record Owner: Dai Mo Lee and Hee S. Lee<br>Street:          2352 Linwood Ave Apt 5g<br>Municipality:  Fort Lee<br>Tax Lot/Block: 2/6754; | Order Date:       10/31/2011<br>Request Date:   11/7/2011<br><br>INVOICE STATUS:   Current |

| | |
|---|---|
| Search | 325.00 |
| Upper Courts | 50.00 |
| Tax/Assessment | 75.00 |

| Notes: | Amount Paid | **$0.00** |
|---|---|---|
| | Balance Due | **$450.00** |

**BILLING**

***This invoice supercedes any/all prior invoices***
NOTE: THIS INVOICE IS SUBJECT TO CHANGE

# *First American Title Insurance Company*

General Land Division
One Gateway Center Suite 1025
Newark, NJ 07102
Telephone: (973) 621-7400 Fax: (973) 621-7488

November 07, 2011

Suzanne Iazzetta, Esq.
Becker Meisel, LLC
354 Eisenhower Plaza II
354 Eissenhower Parkway, Suite 1500
Livingston, NJ 07039

**RE:**     **2011N-3764**
          **Search Only for Dai Mo Lee and Hee S. Lee**
          **2352 Linwood Ave Apt 5g**
          **Borough of Fort Lee, County of Bergen, State of New Jersey**

Dear Ms. Iazzetta:

This correspondence will confirm that this office has caused a Record Owner search commencing with Deed Book 7020 Page 975 to be run against, the owner(s) of Tax Lot 2 C005G in Tax Block 6754 in the Borough of Fort Lee, also known as 2352 Linwood Ave Apt 5g, in the records of Bergen County through October 17, 2011 for Conveyances, Mortgages, Secured Transactions, Federal Liens, Construction Liens, and Judgments.

As a result, I would advise that title to the above-captioned land is vested in:  Dai Mo Lee and Hee Sun Lee, his wife, Deed from John Crandall, Jr., and Nives Crandall, his wife to Dai Mo Lee and Hee Sun Lee, his wife dated June 6, 1986 and recorded July 8, 1986 in Deed Book 7020 Page 975.

In addition thereto, we have picked up the following:

**MORTGAGES:**  (1)

Mortgage made by Dai Mo Lee and Hee Sun Lee to Citicorp Homeowners, Inc, in the amount of $92,000.00 and interest, dated June 6, 1986 and recorded July 8, 1986 in Mortgage Book 7049 Page 86.

Said mortgage was assigned to Security Pacific National Trust Company (New York), as Trustee by assignment of mortgage recorded December 17, 1990 in Assignment of Mortgage Book 982 page 220.

**JUDGMENTS:**

1) Judgments as set forth in New Jersey Superior Court, United States District Court and United States Bankruptcy Court dated October 26, 2011, attached.

2) County of Bergen Judgment Search dated October 17, 2011 shows a Federal Tax Lien in Book V235 Page 1952.

**MUNICIPAL SEARCHES:**    Attached.

# *First American Title Insurance Company*

General Land Division
One Gateway Center Suite 1025
Newark, NJ 07102
Telephone: (973) 621-7400 Fax: (973) 621-7488

---

**OTHER:**

Notice of Lis Pendens filed October 25, 2011 in Book V863 Page 136.

Liability hereunder is assumed by the Company solely in its capacity as an Abstractor. The Company's liability for this report is limited to $1,000.00. No liability is assumed for items not indexed or misindexed, or for matters which would be disclosed by an accurate survey or inspection of the premises. This report and legal description given herein are based upon information supplied by the applicant as to the location and identification of the premises in question, and no liability is assumed for any discrepancies resulting therefrom. This report does not represent either an Agreement to Issue Policy, or an opinion as to the marketability of title to the subject premises.

Very truly yours,

Paige M. Shovlin

Enclosure



NEW JERSEY SUPERIOR COURT,
UNITED STATES DISTRICT COURT AND
UNITED STATES BANKRUPTCY COURT

000-9555-20                    RE: 2011N-3764

CERTIFIED TO:

          GENERAL LAND ABSTRACT COMPANY
          PO BOX 327
          PLAINSBORO NJ 08536


SIGNATURE INFORMATION SOLUTIONS LLC HEREBY CERTIFIES THAT IT HAS SEARCHED
THE INDEX OF THE CIVIL JUDGMENT AND ORDER DOCKET OF THE SUPERIOR COURT OF
NEW JERSEY, THE INDEX OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF NEW JERSEY, AND THE INDEX OF THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY AND DOES NOT FIND REMAINING UNSATISFIED OF RECORD
IN ANY OF THESE COURTS A JUDGMENT OR OTHER DOCKETED RECORD REFERRED TO BY
THE RESPECTIVE INDICES WHICH CONSTITUTES A GENERAL LIEN ON REAL PROPERTY
IN NEW JERSEY, NOR ANY CERCLA LIEN ON SPECIFIC REAL PROPERTY WITHIN NEW
JERSEY NOR ANY PETITION COMMENCING PROCEEDINGS IN BANKRUPTCY EXCEPT AS
BELOW SET FORTH AGAINST:

                                   FROM        TO

     HEE S. LEE                    10-26-1991  10-26-2011
          *** With Judgments ***

               (SEE ATTACHED  24  PAGES)


DATED      10-26-2011
TIME       08:45 AM

FEES: $ 14.00                CHARLES JONES SEARCH
TAX:  $  0.00                PROVIDED BY
TOTAL:$ 14.00                SIGNATURE INFORMATION SOLUTIONS
                             P.O. BOX 8488
RN11-304-01358  304   0597304 09    TRENTON, NJ 08650

RN11-304-01358          RE: 2011N-3764                                    1
000-9555-20


                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-041077-1993                CASE NUMBER: L-005769-92
DATE ENTERED: 04/22/93      DATE SIGNED: 04/13/93
TYPE OF ACTION: CONTRACT
VENUE: BERGEN
                                              DEBT: $     158,298.81
   CREDITOR(S):
        GA PROPERTIES INC.
              ATTORNEY: POLEY & TRAUM
   DEBTOR(S):
        HEESANG LEE
        RAINBOW FURNITURE INC.
        HBC INTERIORS INC.
              10 12 HUMPHREY ST, ENGLEWOOD, NJ 07631
     PLUS COSTS JS&A
                        ---------------
   10-22-93 ORDER DIRECTING FINAL JUDGMENT BY DEFAULT AGAINST RAINBOW
        FURNITURE, INC., HBC INTERIORS, INC. AND HEESANG LEE ENT. 04-13-93
        IN THE SUM OF $158,298.82 PLUS COSTS IN FAVOR OF PLAINTIFF;
        G. A. PROPERTIES, INC. AND AGAINST THE DEFENDANTS RAINBOW FURNITURE
        INC., HBC INTERIORS, INC. AND HEESANG LEE J/A OR IN THE ALTERNATIVE
        BE AND HEREBY IS REINSTATED AND REENTERED, NUNC PRO TUNC. RECORDED
        11-16-93.
              RAINBOW FURNITURE INC ADDED TO OUR INDEX.
              HBC INTERIORS INC ADDED TO OUR INDEX.
                        *** End of Abstract ***

RN11-304-01358          RE: 2011N-3764                                    2
000-9555-20


SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-058012-1993          CASE NUMBER: L-12990-92
DATE ENTERED: 06/09/93     DATE SIGNED: 06/02/93
TYPE OF ACTION: CONTRACT
VENUE: BERGEN

                                        DEBT: $     83,497.58
                                        INT: $     33,585.03
                                        A/F: $      7,375.67
CREDITOR(S):
     FEDERAL DEPOSIT INSURANCE CORPORATION , RECIEVER FOR
     EMPIRE STATE BANK
          ATTORNEY: YOUNG, TARSHIS, DIMIER ET AL
DEBTOR(S):
     CHONG SUNG LEE
          AND
     EUN HEE LEE ,H/W
     OK JA LEE
          4272 HAMPTON ST, ELMHURST, NY 11373
   J&S ON CROSSCLAIM INCLUDES COSTS
                    ---------------
                                        DEBT: $     83,497.58
                                        INT: $     33,585.03
                                        A/F: $      7,375.67
CREDITOR(S):
     FEDERAL DEPOSIT INUSRANCE CORPORATION , RECIEVER FOR
     EMPIRE STATE BANK
          ATTORNEY: YOUNG, TARSHIS, DIMIER ET AL
DEBTOR(S):
     CASALEE IMPORT/EXPORT, INC.
          79 11 41ST AV, ELMHURST, NY 11373
   JUDGMENT ON THIRD PARTY COMPLAINT INCLUDES COSTS
                    ---------------
                                        DEBT: $     83,497.58
                                        INT: $     33,585.03
                                        A/F: $      7,375.67
CREDITOR(S):
     FEDERAL DEPOSIT INSURANCE CORPORATION , RECIEVER FOR
     EMPIRE STATE BANK
          ATTORNEY: YOUNG, TARSHIS, DIMIER ET AL
DEBTOR(S):
     BONG HEE LEE
          AND
     HEE SOON LEE
          79 11 41ST AV, ELMHURST, NY 11373
   J&S ON THIRD PARTY COMPLAINT INCLUDES COSTS
                    ---------------
          CASALEE IMPORT EXPORT INC ADDED TO OUR INDEX.
               *** End of Abstract ***

RN11-304-01358          RE: 2011N-3764                                    3
000-9555-20


                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-070210-1994          CASE NUMBER: L-005769-92
DATE ENTERED: 08/09/94     DATE SIGNED: 07/06/94
TYPE OF ACTION: CONTRACT
VENUE: BERGEN
                                              DEBT: $    158,298.81
  CREDITOR(S):
        G. A. PROPERTIES , INC.
              ATTORNEY: POLEY & TRAUM
  DEBTOR(S):
        HEESANG LEE
            (No Address)
    PLUS INTEREST FROM 02-27-93 & COSTS
                    ---------------
                    *** End of Abstract ***




                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-369367-1997          CASE NUMBER: L-006853-95
DATE ENTERED: 08/13/97     DATE SIGNED: 08/01/97
TYPE OF ACTION: CONTRACT
VENUE: ESSEX
                                              DEBT: $     30,393.63
  CREDITOR(S):
        HIJA LEE
              ATTORNEY: TERENCE M. SCOTT
  DEBTOR(S):
        HYE HYUN LEE
            4249 FORESTER LN, TAMPA, FL 33624
    PLUS COSTS
                    ---------------
                    *** End of Abstract ***

```
RN11-304-01358          RE: 2011N-3764                              4
000-9555-20
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-051643-1998              CASE NUMBER: W469608
DATE ENTERED: 03/04/98     DATE SIGNED: 02/27/98
TYPE OF ACTION: CRIMINAL
VENUE: BURLINGTON
                                            DEBT: $        50.00
   CREDITOR(S):
        VIOLENT CRIMES COMPENSATION BOARD
            ATTORNEY: BURLINGTON COUNTY PROBATION DEPARTMENT
   DEBTOR(S):
        HEE LEE , SSN#:XXX-XX-2530
            A/K/A
        HEE KYUNT LEE
            APT 43A
              27 WEDGEWOOD DR, CARTERET, NJ
    VCCB PENALTY
                        ---------------
                                            DEBT: $       175.00
   CREDITOR(S):
        STATE OF NEW JERSEY TREASURER
            ATTORNEY: BURLINGTON COUNTY PROBATION DEPARTMENT
   DEBTOR(S):
        HEE LEE
          (No Address)
            A/K/A
        HEE KYUNT LEE
            (No Address)
    SNF & FINE
                        ---------------
                    *** End of Abstract ***




                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-047423-2000              CASE NUMBER: L  009909  99
DATE ENTERED: 03/17/00     DATE SIGNED: 03/01/00
TYPE OF ACTION: COMRCL TRN
VENUE: BERGEN
                                        DEBT: $     13,853.66
                                       COSTS: $        229.60
   CREDITOR(S):
        FIRST SELECT CORPORATION
            ATTORNEY: LYONS DOUGHTY & VELDHUIS
   DEBTOR(S):
        HEE S LEE
            APT 5G
              2352 LINWOOD AVE, FORT LEE, NJ 07024
                        ---------------
    04-05-00 TAXED COSTS ADDED.
                    *** End of Abstract ***
```

RN11-304-01358        RE: 2011N-3764                          5
000-9555-20


                     SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-099157-2000            CASE NUMBER: L   007877  99
DATE ENTERED: 05/23/00    DATE SIGNED: 05/04/00
TYPE OF ACTION: COMRCL TRN
VENUE: BERGEN
                                        DEBT: $   326,447.54
  CREDITOR(S):
      LONG ISLAND SAVINGS BANK, F.S.B.
            ATTORNEY: STERN LAVINTHAL NORGAARD ET AL
  DEBTOR(S):
      HEI JUNG LEE
      HEE MAN LEE
          627 RIDGELAND TE, ENGELWOOD, NJ 07631
   PLUS COSTS
                     ---------------
                  *** End of Abstract ***




                     SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-049963-2001            CASE NUMBER: L   003229  00
DATE ENTERED: 03/27/01    DATE SIGNED: 03/19/01
TYPE OF ACTION: CONTRACT
VENUE: MORRIS
                                        DEBT: $    40,972.47
  CREDITOR(S):
      CHASE MANHATTAN BANK
            ATTORNEY: SIRKIS & LAVERY
  DEBTOR(S):
      HYE KYUNG LEE
      GENUINE HERBS LTD
          211 BROAD AVE, PALISADES PARK, NJ
   PLUS COSTS
                     ---------------
                  *** End of Abstract ***

RN11-304-01358          RE: 2011N-3764                          6
000-9555-20


SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-021575-2002          CASE NUMBER: L   002562   01
DATE ENTERED: 01/25/02     DATE SIGNED: 01/11/02
TYPE OF ACTION: BOOK ACC
VENUE: ATLANTIC

                                        DEBT:  $    10,801.24
                                        COSTS: $       215.00

    CREDITOR(S):
        ADAMAR OF NEW JERSEY INC
            T/A
        TROPICANA CASINO AND RESORT
            ATTORNEY: PHILLIP S VAN EMBDEN
    DEBTOR(S):
        HEE BANG
            (No Address)
            A/K/A
        HEE H LEE
            (No Address)
                    ---------------
                *** End of Abstract ***




SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-099023-2005          CASE NUMBER: L   000189   05
DATE ENTERED: 04/20/05     DATE SIGNED: 04/01/05
TYPE OF ACTION: TENANCY
VENUE: PASSAIC

                                        DEBT: $    71,112.03

    CREDITOR(S):
        IOWA ST., LLC
            ATTORNEY: DAVID SCILLIERI
                    406 ROUTE 46 EAST
                    ELMWOOD PARK NJ 07407
    DEBTOR(S):
        HEESUNG LEE
            (No Address)
                    ---------------
            HEE SUNG LEE ADDED TO OUR INDEX.
                *** End of Abstract ***

```
RN11-304-01358          RE: 2011N-3764                          7
000-9555-20
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-145598-2009          CASE NUMBER: L  001660  09
DATE ENTERED: 06/30/09     DATE SIGNED: 04/28/09
TYPE OF ACTION: CONTRACT
VENUE: BERGEN
                                      DEBT: $     73,310.24
                                      COSTS: $       240.00
  CREDITOR(S):
       WACHOVIA BANK NATIONAL ASSOCIATION
               ATTORNEY: ROMANO & ROMANO
                         573 BLOOMFIELD AVE
                         VERONA NJ 07044
                         973-857-0788
  DEBTOR(S):
       HYE SOOK LEE
          (No Address)
                    ---------------
         HYE SOOK LEE ADDED TO OUR INDEX.
         HYESOOK LEE ADDED TO OUR INDEX.
               *** End of Abstract ***
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-205737-2009          CASE NUMBER: L  001372  09
DATE ENTERED: 09/03/09     DATE SIGNED: 06/17/09
TYPE OF ACTION: BOOK ACC
VENUE: BERGEN
                                      DEBT: $     44,373.91
                                      COSTS: $       240.00
  CREDITOR(S):
       TD BANK NA
               ATTORNEY: WINNE BANTA HETHERINGTON ET AL
                         21 MAIN ST
                         HACKENSACK NJ 07602
                         201-487-3800
  DEBTOR(S):
       HYE SOOK LEE
          (No Address)
             D/B/A
       PRO MEDIA & DVD
          (No Address)
                    ---------------
               *** End of Abstract ***
```

*Charles Jones*
Established 1911

RN11-304-01358          RE: 2011N-3764                          8
000-9555-20


                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-134059-2010              CASE NUMBER: L   007064   09
DATE ENTERED: 05/25/10     DATE SIGNED: 02/05/10
TYPE OF ACTION: CONTRACT
VENUE: BERGEN
                                        DEBT: $     70,935.11
                                        COSTS: $       270.00
  CREDITOR(S):
        TD BANK NA
              ATTORNEY: COHN LIFLAND PEARLMAN HERRMANN & KNOPF
                        PARK 80 PLAZA WEST ONE
                        SADDLE BROOK NJ 07663
                        201-845-9600
  DEBTOR(S):
        HYUNG N LEE
          (No Address)
        HYE S LEE
          (No Address)
    PLUS INTEREST
                    ---------------
                    *** End of Abstract ***




                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-137653-2010              CASE NUMBER: L   001683   09
DATE ENTERED: 05/27/10     DATE SIGNED: 03/12/10
TYPE OF ACTION: BOOK ACC
VENUE: BURLINGTON
                                        DEBT: $     71,466.02
  CREDITOR(S):
        OLD REPUBLIC INSURANCE COMPANY
              ATTORNEY: GOLDMAN & WARSHAW PC
  DEBTOR(S):
        HI YOUNG LEE
          (No Address)
    PLUS COSTS
                    ---------------
                    *** End of Abstract ***

RN11-304-01358          RE: 2011N-3764                                    9
000-9555-20

SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-065086-2011          CASE NUMBER: L   007064   09
DATE ENTERED: 03/02/11    DATE SIGNED: 10/01/10
TYPE OF ACTION: BOOK ACC
VENUE: BERGEN

                                        DEBT:  $     76,046.18
                                        COSTS: $        270.00

    CREDITOR(S):
        TD BANK NA
            ATTORNEY: COHN LIFLAND PEARLMAN ET AL
                      PARK 80 WEST - PLAZA ONE
                      250 PEHLE AVE - STE 401
                      SADDLE BROOK NJ 07663
                      201-845-9600
    DEBTOR(S):
        HYE S LEE
            (No Address)
      PLUS INTEREST
                      ---------------
                      *** End of Abstract ***


SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-085809-2011          CASE NUMBER: L   000720   10
DATE ENTERED: 03/24/11    DATE SIGNED: 11/16/10
TYPE OF ACTION: BOOK ACC
VENUE: MORRIS

                                        DEBT:  $     89,820.32

    CREDITOR(S):
        JPMORGAN CHASE BANK NA
            ATTORNEY: SARCONE LAW FIRM PLLC
    DEBTOR(S):
        HEE K LEE
            (No Address)
              D/B/A
        YUKI SUSHI
            (No Address)
      PLUS COSTS
                      ---------------
                      *** End of Abstract ***

```
RN11-304-01358          RE: 2011N-3764                                    10
000-9555-20
```

```
                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-024543-1997
DATE DOCKETED: 02/19/97
TYPE OF ACTION: CERTIF OF DEBT
                                              DEBT: $        100.00
  CREDITOR(S):
      DIVISION OF MOTOR VEHICLES
  DEBTOR(S):
      HYE S LEE
              17 VALE DR, MOUNTAIN LKS, NJ 07046
                    ---------------
  DMV SURCHARGE: DRIVER'S LICENSE #
  LXXXX3528201512
  DOB: 01/22/51
                    *** End of Abstract ***
```

```
                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-473336-1997
DATE DOCKETED: 10/29/97
TYPE OF ACTION: CERTIF OF DEBT
                                              DEBT: $        400.00
  CREDITOR(S):
      DIVISION OF MOTOR VEHICLES
  DEBTOR(S):
      HEE K LEE
              25 WINDSOR CT, NORWOOD, NJ 07648
                    ---------------
  DMV SURCHARGE: DRIVER'S LICENSE #
  LXXXX3227206711
  DOB: 06/04/71
                    *** End of Abstract ***
```

```
                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-004563-2000
DATE DOCKETED: 01/11/00
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                              DEBT: $      1,000.00
  CREDITOR(S):
      DIV OF MOTOR VEHICLES
              ATTORNEY: PRO SE
  DEBTOR(S):
      HYE O LEE ,  DRIVERS LICENSE # = LXXXX3527657542
                29 RIVERVIEW DR, SECAUCUS, NJ 07094-4055
              ATTORNEY: PRO SE
                    ---------------
                    *** End of Abstract ***
```

*Charles Jones*
Established 1911

```
RN11-304-01358          RE: 2011N-3764                                    11
000-9555-20
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-171705-2000              CASE NUMBER: DC  005354  00
DATE DOCKETED: 08/31/00        DATE OF JUDGMENT IN S.C.P.: 07/24/00
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN
                                             DEBT: $      7,362.19
                                             COSTS: $       210.25
                                             INT: $          25.22
                                             DCKG: $          5.00
   CREDITOR(S):
        FIRST SELECT CORPORATION
              ATTORNEY: LYONS DOUGHTY & VELDHUIS
   DEBTOR(S):
        HYESUNG LEE
                 105 DANIEL AV, RUTHERFORD, NJ 07070-2718
              ATTORNEY: PRO SE
                 ---------------
              *** End of Abstract ***
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-226742-2000
DATE DOCKETED: 11/28/00
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                             DEBT: $      1,000.00
   CREDITOR(S):
        DIV OF MOTOR VEHICLES
              ATTORNEY: PRO SE
   DEBTOR(S):
        HYE O LEE ,  DRIVERS LICENSE # = LXXXX3527657542
                 29 RIVERVIEW DR, SECAUCUS, NJ 07094-4055
              ATTORNEY: PRO SE
                 ---------------
              *** End of Abstract ***
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-227571-2002
DATE DOCKETED: 10/01/02
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                             DEBT: $      1,920.00
   CREDITOR(S):
        DIV OF MOTOR VEHICLES
              ATTORNEY: PRO SE
   DEBTOR(S):
        HYE O LEE ,  DRIVERS LICENSE # = LXXXX3527659772
                 56 LAKEVIEW AV, LEONIA, NJ 07605-2181
              ATTORNEY: PRO SE
                 ---------------
              *** End of Abstract ***
```

RN11-304-01358            RE: 2011N-3764                              12
000-9555-20

SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-066649-2003
DATE DOCKETED: 03/18/03
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER

DEBT: $      1,000.00

CREDITOR(S):
    DIV OF MOTOR VEHICLES
        ATTORNEY: PRO SE
DEBTOR(S):
    HYE O LEE ,  DRIVERS LICENSE # = LXXXX3527659772
           56 LAKEVIEW AV, LEONIA, NJ 07605-2181
        ATTORNEY: PRO SE
        --------------
*** End of Abstract ***


SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-136153-2003            CASE NUMBER: DC  012801  01
DATE DOCKETED: 06/03/03       DATE OF JUDGMENT IN S.C.P.: 08/14/02
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN

DEBT: $      8,346.58
COSTS: $        235.93
INT: $        272.99
DCKG: $         10.00

CREDITOR(S):
    DISCOVER BANK ,BY ITS SERVICING AGENT
    DISCOVER FINANCIAL SERVICES INC
        D/B/A
    DISCOVER CARD
        ATTORNEY: EICHENBAUM KANTROWITZ LEFF & GULKO
DEBTOR(S):
    HYESUN LEE
           14 CLARK CT, RUTHERFORD, NJ 07070
        ATTORNEY: PRO SE
        --------------
*** End of Abstract ***

Charles Jones
Established 1911

```
RN11-304-01358          RE: 2011N-3764                          13
000-9555-20
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-139691-2003
DATE DOCKETED: 06/10/03
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                             DEBT: $      1,250.00
 CREDITOR(S):
      DIV OF MOTOR VEHICLES
           ATTORNEY: PRO SE
 DEBTOR(S):
      HYE O LEE ,  DRIVERS LICENSE # = LXXXX3527659772
               56 LAKEVIEW AV, LEONIA, NJ 07605-2181
           ATTORNEY: PRO SE
                -------------
               *** End of Abstract ***
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-054776-2004         CASE NUMBER: DC  015187  03
DATE DOCKETED: 03/29/04       DATE OF JUDGMENT IN S.C.P.: 09/23/03
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN
                                   DEBT: $      6,638.17
                                  COSTS: $        201.76
                                    INT: $         71.96
                                   DCKG: $         10.00
 CREDITOR(S):
      NEW CENTURY FINANCIAL SERVICES INC
           ATTORNEY: PRESSLER & PRESSLER
 DEBTOR(S):
      HEE SUN LEE
           APT 5G
               2352 LINWOOD AV, FORT LEE, NJ 07024
           ATTORNEY: PRO SE
                -------------
      HEE SUN LEE ADDED TO OUR INDEX.
               *** End of Abstract ***
```

```
RN11-304-01358          RE: 2011N-3764                              14
000-9555-20
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-337535-2004          CASE NUMBER: DC  011063   04
DATE DOCKETED: 12/16/04        DATE OF JUDGMENT IN S.C.P.: 09/09/04
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN
                                         DEBT: $      15,000.00
                                        COSTS: $         369.00
                                          INT: $          76.85
                                         DCKG: $          10.00
    CREDITOR(S):
        LARIDIAN CONSULTING INC ,A SUBROGEE OF
        BANK OF AMERICA
            ATTORNEY: FEIN SUCH KAHN SHEPARD
                      7 CENTURY DR
                      SUITE 201
                      PARSIPPANY NJ 07054
                      973-538-4700
    DEBTOR(S):
        HEE LEE
                  APT 5G
                  2352 LINWOOD AV, FORT LEE, NJ 07024
            ATTORNEY: PRO SE
                      ---------------
                  *** End of Abstract ***
```

```
                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-222578-2006          CASE NUMBER: DC  001949   05
DATE DOCKETED: 08/29/06        DATE OF JUDGMENT IN S.C.P.: 05/12/05
TYPE OF ACTION: CONTRC-REG
VENUE: PASSAIC
                                         DEBT: $       8,972.57
                                        COSTS: $         254.46
                                          INT: $         148.64
                                         DCKG: $          10.00
    CREDITOR(S):
        PORTFOLIO RECOVERY ASSC LLC
            ATTORNEY: CRANER SATKIN & SCHEER
                      320 PARK AV
                      PO BOX 367
                      SCOTCH PLAINS NJ 07076
                      908-322-2333
    DEBTOR(S):
        HEESUNG LEE
                  11 TARMARAC RD, WAYNE, NJ 07470
            ATTORNEY: RICHARDSON CAMPBELL THERESA
                      ---------------
                  *** End of Abstract ***
```

RN11-304-01358          RE: 2011N-3764                                    15
000-9555-20

SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-024420-2008                    CASE NUMBER: DC  023536  04
DATE DOCKETED: 01/31/08          DATE OF JUDGMENT IN S.C.P.: 02/03/05
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN

                                                DEBT: $     12,812.64
                                               COSTS: $        325.26
                                                 OTH: $         20.00
                                                DCKG: $         10.00
    CREDITOR(S):
         NCO PORTFOLIO MANAGEMENT INC
              ASSIGNEE OF
         UNIVERSAL CARD
              ATTORNEY: GOLDMAN & WARSHAW PC
                        34 MAPLE AV, SUITE 101
                        PO BOX 106
                        PINE BROOK NJ 07058
                        973-439-0077
    DEBTOR(S):
         HEE S LEE
                   APT 5G,
                   2352 LINWOOD AV, FORT LEE, NJ 07024
              ATTORNEY: PRO SE
                        ---------------
                        *** End of Abstract ***


SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-121880-2009                    CASE NUMBER: 20  081334  8
DATE DOCKETED: 05/27/09          DATE OF JUDGMENT IN S.C.P.: 02/12/09
TYPE OF ACTION: FOREIGN JUDGMENT
VENUE: BERGEN

                                                DEBT: $     35,514.72
                                                DCKG: $         35.00
    CREDITOR(S):
         HAMILTON EQUITY GROUP LLC
              LIBERTY BLDG
                   424 MAIN ST, BUFFALO, NY 14202
              ASSIGNEE OF
         HSBC BANK USA NATIONAL ASSOCIATION
              ATTORNEY: RUPP BAASE PFALZGRAF ET AL
                        1600 LIBERTY BLDG
                        BUFFALO NY 14202
                        716-854-3400
    DEBTOR(S):
         HYE OK LEE
              D/B/A
         STYLISH
                   519 GRACE AV, NORTHVALE, NJ 07647
         NOTICE SENT 5-27-09
                        ---------------
    JUDGMENT ENTERED IN THE COUNTY OF ERIE, STATE OF NEW YORK
         HYE OK LEE ADDED TO OUR INDEX.
                   *** End of Abstract ***

RN11-304-01358          RE: 2011N-3764                              16
000-9555-20


SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-188554-2009              CASE NUMBER: DC  003725  08
DATE DOCKETED: 08/11/09          DATE OF JUDGMENT IN S.C.P.: 05/13/08
TYPE OF ACTION: CONTRC-REG
VENUE: MERCER

```
                                        DEBT: $      5,020.30
                                       COSTS: $        172.41
                                         OTH: $         59.60
                                         INT: $          3.85
                                        DCKG: $         10.00
```

CREDITOR(S):
    LARIDIAN CONSULTING LLC
                577 HAMBURG TURNPIKE
                WAYNE, NJ 07470
            ATTORNEY: FEIN SUCH KAHN SHEPARD
                7 CENTURY DR
                SUITE 201
                PARSIPPANY NJ 07054
                973-538-4700
DEBTOR(S):
    HEE LEE
        A/K/A
    HANNALT LEE
            APT 23
                1587 FOOT HILL DR, SALT LAKE CITY, UT 84108
            ATTORNEY: PRO SE
                ---------------
            *** End of Abstract ***

```
RN11-304-01358          RE: 2011N-3764                              17
000-9555-20
```

```
                      SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-116357-2011              CASE NUMBER: DC  022897  10
DATE DOCKETED: 04/21/11        DATE OF JUDGMENT IN S.C.P.: 11/29/10
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN
                                            DEBT: $      4,470.13
                                           COSTS: $        170.40
                                             INT: $          7.17
                                            DCKG: $         10.00
CREDITOR(S):
     CAVALRY PORTFOLIO SERVICES LLC
          ASSIGNEE OF
     CAVALRY SPV I LLC
          ASSIGNEE OF
     HSBC BANK NEVADA NA
          ATTORNEY: SCHACHTER PORTNOY LLC
                    3490 US ROUTE 1, SUITE 6
                    PRINCETON NJ 08540
DEBTOR(S):
     HO K LEE
     HE JONG LEE-KO
               APT 12S
                    1350 15TH ST, FORT LEE, NJ 07024-2027
          ATTORNEY: PRO SE
                    ---------------
          HE JONG LEE ADDED TO OUR INDEX.
          HE JONG KO ADDED TO OUR INDEX.
          HEJONG LEE KO ADDED TO OUR INDEX.
          HEJONG LEE ADDED TO OUR INDEX.
          HEJONG KO ADDED TO OUR INDEX.
          HE JONG LEE KO ADDED TO OUR INDEX.
          HE JONG LEE ADDED TO OUR INDEX.
          HE JONG KO ADDED TO OUR INDEX.
                    *** End of Abstract ***
```

RN11-304-01358          RE: 2011N-3764                              18
000-9555-20


                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-199662-2011
DATE DOCKETED: 07/07/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                        DEBT: $     1,058.62
  CREDITOR(S):
        DIV OF TAXATION ,TAX ID NUMBER = I******623000
              ATTORNEY: PRO SE
  DEBTOR(S):
        HEE J LEE ,PRO SE, SSN#:XXX-XX-0623
                   APT C,
                   326 1 ST, PALISADES PARK, NJ 07650-2679
              ATTORNEY: PRO SE
              D/B/A
        164 DANNYS DELI CORP
           (No Address)
                     ---------------
                 *** End of Abstract ***




                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-237483-2011
DATE DOCKETED: 08/16/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                        DEBT: $       350.00
  CREDITOR(S):
        MOTOR VEHICLE COMMISSION ,DMV AUTOMATED SURCHARGE
              ATTORNEY: PRO SE
  DEBTOR(S):
        HYE J LEE ,  DRIVERS LICENSE # = LXXXX3527157782 DOB: 07/10/1978
                   207 B 11TH ST, PALISADES PK, NJ 07650-2072
              ATTORNEY: PRO SE
                     ---------------
                 *** End of Abstract ***

```
RN11-304-01358          RE: 2011N-3764                              19
000-9555-20
```

```
                     SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-284056-2011          CASE NUMBER: DC  018096  11
DATE DOCKETED: 10/07/11         DATE OF JUDGMENT IN S.C.P.: 08/09/11
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN
                                          DEBT: $     14,757.51
                                         COSTS: $        367.15
                                           INT: $          8.91
                                          DCKG: $         10.00
   CREDITOR(S):
        NEW CENTURY FINANCIAL SERVICES
                 110 S JEFFERSON RD, WHIPPANY, NJ 07981
                ATTORNEY: PRESSLER & PRESSLER
                          7 ENTIN RD
                          PARSIPPANY NJ 07054
                          973-887-2415
   DEBTOR(S):
        HYE S LEE
                 69 HIGHLAND PL, RIDGEFIELD PARK, NJ 07660
                ATTORNEY: PRO SE
                          ---------------
                     *** End of Abstract ***
```

```
                  UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-021633-1992
PETITION FILED: 02/28/92                    VOLUNTARY
ORDER FOR RELIEF: 02/28/92                  CHAPTER: 07
   IN THE MATTER OF:
        HI HO LEE , SSN#:XXX-XX-4787
                AND
        CHONG NAM LEE , SSN#:XXX-XX-2608
              200 GRAND COVE WY, EDGEWATER, NJ 07020
             ATTORNEY: STUART JON BIERMAN-
                          ---------------
TRUSTEE: JENNIFER D. STONE
                               DISCHARGE OF BANKRUPT: 07/20/92
FINAL DECREE: 09/16/92
                     *** End of Abstract ***
```

Charles Jones
Established 1911

RN11-304-01358          RE: 2011N-3764                              20
000-9555-20


UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-026049-1992
PETITION FILED: 07/27/92                              VOLUNTARY
ORDER FOR RELIEF: 07/27/92                            CHAPTER: 07
  IN THE MATTER OF:
        HYE H. LEE , SSN#:XXX-XX-8813
              AND
        ROSY YOUNGSUL LEE , SSN#:XXX-XX-5973
              22 WALTER CT, RUTHERFORD, NJ 07070
        ATTORNEY: RONALD I. LEVINE-
                      ---------------
TRUSTEE: DEIRDRE WOULFE PACHECO
                              DISCHARGE OF BANKRUPT: 11/16/92
FINAL DECREE: 05/18/95
                    *** End of Abstract ***




UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-037597-2001
PETITION FILED: 06/29/01                              VOLUNTARY
                                                     CHAPTER: 07
  IN THE MATTER OF:
        STANLEY H LEE , SSN#:XXX-XX-6457
              A/K/A
        HEECHUN LEE , SSN#:XXX-XX-6457
              2ND FL.
                138 35TH ST, UNION CITY, NJ 07087
        ATTORNEY: JILL SUNJUNG PARK-
                      PARK & WEINSTEIN
                      530 MAIN STREET SUITE 101
                      FORT LEE NJ 07024
                      201-242-9666
                      ---------------
TRUSTEE: CHARLES A. STANZIALE, JR.
                              DISCHARGE OF BANKRUPT: 10/01/01
FINAL DECREE: 10/16/01
                    *** End of Abstract ***

RN11-304-01358          RE: 2011N-3764                              21
000-9555-20


                    UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-040884-2001
PETITION FILED: 10/02/01                          VOLUNTARY
                                                  CHAPTER: 07

  IN THE MATTER OF:
        HYE KYUNG LEE , SSN#:XXX-XX-4464
              2ND FLOOR
                1615 VALLEY ST, FORT LEE, NJ 07024
          ATTORNEY: NICHOLAS BRINDISI-
                  CLIFTON EXECUTIVE PLAZA
                  1200 ROUTE 46 WEST
                  CLIFTON NJ 07013-2440
                  973-779-0990
                    ---------------
TRUSTEE: JOHN SYWILOK
                              DISCHARGE OF BANKRUPT: 01/14/02
FINAL DECREE: 02/23/02
                    *** End of Abstract ***




                    UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-039145-2002
PETITION FILED: 08/09/02                          VOLUNTARY
                                                  CHAPTER: 07
VENUE: NEWARK
  IN THE MATTER OF:
        CHEE GUN LEE , SSN#:XXX-XX-7138
        HYE JEONG LEE , SSN#:XXX-XX-0419
              A/K/A
        HYE JEONG HWANG , SSN#:XXX-XX-0419
              3000 RACHEL TERRACE, #23
                PINE BROOK, NJ 07058
          ATTORNEY: JILL SUNJUNG PARK-
                  260 COLUMBIA AVENUE
                  SUITE 20-21
                  FORT LEE NJ 07024
                  201- 224-8255
                    ---------------
TRUSTEE: ERIC R. PERKINS
                              DISCHARGE OF BANKRUPT: 11/21/02
FINAL DECREE: 11/26/02
                    *** End of Abstract ***

RN11-304-01358          RE: 2011N-3764                              22
000-9555-20


UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-014244-2005
PETITION FILED: 02/11/05                        VOLUNTARY
                                                CHAPTER: 07

VENUE: NEWARK
 IN THE MATTER OF:
        DONG WON LEE , SSN#:XXX-XX-3210
        HE SOOK LEE , SSN#:XXX-XX-3193
             67 REID AV, BERGENFIELD, NJ 07621
        ATTORNEY: JAE Y. KIM-LAW OFFICES OF JAE Y. KIM, LLC
                  ONE UNIVERSITY PLAZA
                  SUITE 408
                  HACKENSACK NJ 07601
                  (201) 488-8600
                  ---------------
TRUSTEE: STEVEN P. KARTZMAN
                              DISCHARGE OF BANKRUPT: 05/13/05
FINAL DECREE: 05/16/05
                  *** End of Abstract ***




UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-014592-2008
PETITION FILED: 03/14/08                        VOLUNTARY
                                                CHAPTER: 07

VENUE: NEWARK
 IN THE MATTER OF:
        JESSICA SONG , SSN#:XXX-XX-5629
             A/K/A
        HEE SUK LEE , SSN#:XXX-XX-5629
             A/K/A
        JESSICA LEE , SSN#:XXX-XX-5629
             A/K/A
        JESSICA KWON , SSN#:XXX-XX-5629
             2ND FL
             1515 11TH ST, FORT LEE, NJ 07024
        ATTORNEY: JAE Y. KIM-LAW OFFICES OF JAE Y. KIM, LLC
                  ONE UNIVERSITY PLAZA
                  SUITE 212
                  HACKENSACK NJ 07601
                  201-488-8600
                  ---------------
TRUSTEE: STACEY L. MEISEL
                              DISCHARGE OF BANKRUPT: 06/20/08
FINAL DECREE: 07/17/08
                  *** End of Abstract ***

```
RN11-304-01358          RE: 2011N-3764                              23
000-9555-20
```

```
                   UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-041501-2010
PETITION FILED: 10/11/10                          VOLUNTARY
                                                  CHAPTER: 07

VENUE: NEWARK
  IN THE MATTER OF:
      HEEJUNG LEE , SSN#:XXX-XX-9019
            A/K/A
      SUSAN LEE , SSN#:XXX-XX-9019
            1B
            1600 CENTER AV, FORT LEE, NJ 07024
         ATTORNEY: DAVID HONG-LAW OFFICE OF JAE CHOI AND ASSOC.
                   194-02 NORTHERN BLVD, #212
                   FLUSHING NY 11358
                   718-281-1700
                   ---------------
TRUSTEE: JOHN SYWILOK
                                    DISCHARGE OF BANKRUPT: 01/07/11
FINAL DECREE: 01/10/11
                   *** End of Abstract ***
```

```
                   UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-044799-2010
PETITION FILED: 11/08/10                          VOLUNTARY
                                                  CHAPTER: 07

VENUE: NEWARK
  IN THE MATTER OF:
      DAI M LEE , SSN#:XXX-XX-7082
            A/K/A
      DAI MYUNG LEE , SSN#:XXX-XX-7082
            A/K/A
      DAI MO LEE , SSN#:XXX-XX-7082
      HEE S LEE , SSN#:XXX-XX-3706
            A/K/A
      HEE SUN LEE , SSN#:XXX-XX-3706
            APT 5G
            2352 LINWOOD AV, FORT LEE, NJ 07024
         ATTORNEY: DONG SUNG KIM-KIM, CHOI AND KIM, P.C.
                   460 BERGEN BLVD.
                   SUITE 206
                   PALISADES PARK NJ 07650
                   201-363-0010
                   ---------------
TRUSTEE: STACEY MEISEL
                   *** End of Abstract ***
```

Charles Jones
Established 1911

RN11-304-01358          RE: 2011N-3764                              24
000-9555-20


                    UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-026123-2011
PETITION FILED: 05/24/11                        VOLUNTARY
                                                CHAPTER: 07
VENUE: NEWARK
 IN THE MATTER OF:
        SANDY HEEYEON LEE , SSN#:XXX-XX-1134
                538-A 4TH STREET
                 PALISADES PARK, NJ 07650
                A/K/A
        HEE YEON YOO , SSN#:XXX-XX-1134
                538-A 4TH STREET
                 PALISADES PARK, NJ 07650
           ATTORNEY: BONG JUNE KIM-KIM AND BAE, P.C.
                    2160 NORTH CENTRAL ROAD
                    SUITE 303
                    FORT LEE NJ 07024
                    (201) 585-2288
                    ---------------
TRUSTEE: ERIC PERKINS

                            DISCHARGE OF BANKRUPT: 09/02/11
FINAL DECREE: 09/06/11
                SANDY LEE ADDED TO OUR INDEX.
                HEEYEON LEE ADDED TO OUR INDEX.
                    *** End of Abstract ***




                    UNITED STATES DISTRICT COURT
JUDGMENT NUMBER: CR-000905-2008
DATE ENTERED: 03/25/09
TYPE OF ACTION: CRIMINAL                VENUE: TRENTON
 JUDGE: GARRETT E BROWN JR
                                SPEC ASSESSMENT: $      100.00
                                     FILE DATE: 03/24/09
 CREDITOR: UNITED STATES OF AMERICA
 DEBTOR(S):
      HI HSIN LEE
         (No Address)
            A/K/A
      YI HSIN LEE
         (No Address)
          ATTORNEY: KEVIN F CARLUCCI-
                    972 BROAD ST
                    NEWARK NJ 07102
                    973-645-6347
                    ---------------
   USA REPRESENTED BY US ATTORNEYS OFFICE
   EREZ LIEBERMANN
   970 BROAD ST, RM 700
   NEWARK, NJ 07102
   (973)645-2700
                    *** End of Abstract ***


Charles Jones
Established 1911



NEW JERSEY SUPERIOR COURT,
UNITED STATES DISTRICT COURT AND
UNITED STATES BANKRUPTCY COURT

000-9555-20                    RE: 2011N-3764

CERTIFIED TO:

                   GENERAL LAND ABSTRACT COMPANY
                   PO BOX 327
                   PLAINSBORO NJ 08536


SIGNATURE INFORMATION SOLUTIONS LLC HEREBY CERTIFIES THAT IT HAS SEARCHED
THE INDEX OF THE CIVIL JUDGMENT AND ORDER DOCKET OF THE SUPERIOR COURT OF
NEW JERSEY, THE INDEX OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
OF NEW JERSEY, AND THE INDEX OF THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY AND DOES NOT FIND REMAINING UNSATISFIED OF RECORD
IN ANY OF THESE COURTS A JUDGMENT OR OTHER DOCKETED RECORD REFERRED TO BY
THE RESPECTIVE INDICES WHICH CONSTITUTES A GENERAL LIEN ON REAL PROPERTY
IN NEW JERSEY, NOR ANY CERCLA LIEN ON SPECIFIC REAL PROPERTY WITHIN NEW
JERSEY NOR ANY PETITION COMMENCING PROCEEDINGS IN BANKRUPTCY EXCEPT AS
BELOW SET FORTH AGAINST:

                                        FROM        TO

    DAI MO LEE                     10-26-1991  10-26-2011
        *** With Judgments ***

                   (SEE ATTACHED  12  PAGES)


DATED       10-26-2011
TIME        08:45 AM

FEES: $ 14.00                  CHARLES JONES SEARCH
TAX:  $  0.00                  PROVIDED BY
TOTAL:$ 14.00                  SIGNATURE INFORMATION SOLUTIONS
                               P.O. BOX 8488
RN11-304-01355  304   0597304 09    TRENTON, NJ 08650

RN11-304-01355          RE: 2011N-3764                              1
000-9555-20


                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-322629-1998              CASE NUMBER: L   000977   98
DATE ENTERED: 12/18/98     DATE SIGNED: 11/23/98
TYPE OF ACTION: CONTRACT
VENUE: BERGEN
                                                DEBT: $    11,932.00
   CREDITOR(S):
        EASTERN ORTHOPEDIC ASSOC
             ATTORNEY: GEORGE J ORTHMANN
   DEBTOR(S):
        HARRIET LEE
            (No Address)
        DAE YONG LEE
             A/K/A
        DAVID LEE
             40 65 62ND ST, WOODSIDE, NY 11377
                    ---------------
                *** End of Abstract ***




                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-041859-2000              CASE NUMBER: L   008639   99
DATE ENTERED: 03/07/00     DATE SIGNED: 02/23/00
TYPE OF ACTION: BOOK ACC
VENUE: ESSEX
                                                DEBT: $    33,528.32
                                                COSTS: $      215.00
   CREDITOR(S):
        CAVALRY INVESTMENTS LLC
             ATTORNEY: OBRIEN & TAYLOR
   DEBTOR(S):
        DAI M LEE
             2352 LINWOOD AVE, FORT LEE, NJ 07024
                    ---------------
                *** End of Abstract ***

RN11-304-01355          RE: 2011N-3764                                    2
000-9555-20


                     SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-095124-2000            CASE NUMBER: L   000541  00
DATE ENTERED: 05/19/00    DATE SIGNED: 05/10/00
TYPE OF ACTION: BOOK ACC
VENUE: BERGEN
                                          DEBT: $    11,744.44
   CREDITOR(S):
        AMERICAN EXPRESS CENTURION BANK
             ATTORNEY: FARR BURKE GAMBACORTA ET AL
   DEBTOR(S):
        DAI M LEE
             APT 5G
                2352 LINWOOD AVE, FORT LEE, NJ 07024
     PLUS COSTS
                     ---------------
                     *** End of Abstract ***




                     SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: J-015982-2011            CASE NUMBER: L   001757  10
DATE ENTERED: 01/11/11    DATE SIGNED: 08/16/10
TYPE OF ACTION: BOOK ACC
VENUE: BERGEN
                                          DEBT: $    18,800.16
                                          COSTS: $      240.00
   CREDITOR(S):
        AMERICAN EXPRESS TRAVEL RELATED SERVICE CO INC
             ATTORNEY: WILLIAM W SIEGEL & ASSOCIATES
                      90 MAIN ST - STE 308
                      HACKENSACK NJ 07601
                      201-488-8666
   DEBTOR(S):
        DAE GWON LEE
           (No Address)
                     ---------------
                     *** End of Abstract ***

RN11-304-01355        RE: 2011N-3764                              3
000-9555-20


                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-323788-1997              CASE NUMBER: DC-000030-97
DATE DOCKETED: 07/10/97        DATE OF JUDGMENT IN S.C.P.: 05/19/97
TYPE OF ACTION: CONTRACT
VENUE: BERGEN
                                        DEBT: $       6,592.51
                                       COSTS: $         195.85
                                         INT: $          28.81
                                        DCKG: $           5.00
   CREDITOR(S):
        FIRST DEPOSIT NATIONAL BANK
             ATTORNEY: DAVID R. LYONS
   DEBTOR(S):
        DAE Y LEE
             263 WASHINGTON PL, HASBROUCK HEIGHT, NJ 07604
                    ---------------
                  *** End of Abstract ***




                    SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-195273-1999
DATE DOCKETED: 08/11/99
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                        DEBT: $       1,000.00
                                        DOB: 09/04/1955
   CREDITOR(S):
        DIV OF MOTOR VEHICLES
             ATTORNEY: PRO SE
   DEBTOR(S):
        DAE H LEE ,   DRIVERS LICENSE # = LXXXX1476809552
             56 BRUAN PL, CLIFTON, NJ 07012-1348
             ATTORNEY: PRO SE
                    ---------------
                  *** End of Abstract ***

RN11-304-01355          RE: 2011N-3764                                    4
000-9555-20

SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-047154-2003          CASE NUMBER: DC  003868  02
DATE DOCKETED: 02/24/03          DATE OF JUDGMENT IN S.C.P.: 12/16/02
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN

```
                                        DEBT: $      7,618.38
                                       COSTS: $        221.37
                                         INT: $         34.03
                                        DCKG: $         10.00
```

CREDITOR(S):
        CAVALRY SPV I LLC ,A DELAWARE LIMITED LIABILITY COMPANY
                ATTORNEY: SCHACHTER & PORTNOY
DEBTOR(S):
        DAI M LEE
                APT 5G
                        2352 LINWOOD AV, FORT LEE, NJ 07024-3860
                ATTORNEY: PRO SE
                        ---------------
                *** End of Abstract ***


SUPERIOR COURT OF NEW JERSEY

JUDGMENT NUMBER: DJ-292027-2003          CASE NUMBER: DC  015571  03
DATE DOCKETED: 12/31/03          DATE OF JUDGMENT IN S.C.P.: 09/30/03
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN

```
                                        DEBT: $     10,173.62
                                       COSTS: $        272.47
                                         INT: $         48.10
                                        DCKG: $         10.00
```

CREDITOR(S):
        NEW CENTURY FINANCIAL SERVICES INC
                ATTORNEY: PRESSLER & PRESSLER
DEBTOR(S):
        DAI MO LEE
                A/K/A
        DON LEE
                A/K/A
        DAI CHO
                        2362 LINWOOD AV, FORT LEE, NJ 07024
                        ---------------
                DAI MO LEE ADDED TO OUR INDEX.
                *** End of Abstract ***

```
RN11-304-01355        RE: 2011N-3764                              5
000-9555-20
```

```
                   SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-277196-2005
DATE DOCKETED: 10/18/05
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                          DEBT: $      1,000.00
  CREDITOR(S):
        DIV OF MOTOR VEHICLES
              ATTORNEY: PRO SE
  DEBTOR(S):
        DAE Y LEE ,  DRIVERS LICENSE # = LXXXX1478809532
                     10 W OAKDENE AV, PALISADES PK, NJ 07650-1324
              ATTORNEY: PRO SE
                     ---------------
                   *** End of Abstract ***
```

```
                   SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-303145-2006        CASE NUMBER: DC  011031  03
DATE DOCKETED: 11/16/06        DATE OF JUDGMENT IN S.C.P.: 10/06/03
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN
                                  DEBT: $      5,235.19
                                  COSTS: $       173.70
                                  OTH: $         24.62
                                  DCKG: $         10.00
  CREDITOR(S):
        NCO PORTFOLIO MANAGEMENT INC ,SUCCESSOR IN INTEREST TO
        CREDITRUST INC ,ASSIGNEE
              ATTORNEY: GOLDMAN & WARSHAW PC
                        34 MAPLE AV  SUITE 101
                        PO BOX 106
                        PINE BROOK NJ 07058
                        973-439-0077
  DEBTOR(S):
        DAI M LEE
              A/K/A
        D-M LEE
           (No Address)
              A/K/A
        DON LEE
              A/K/A
        DAI CHO
              A/K/A
        DIM M LEE
              A/K/A
        DAL M LEE
                    APT 5G
                    2352 LINWOOD AV, FORT LEE, NJ 07024
              ATTORNEY: PRO SE
                     ---------------
        D M LEE ADDED TO OUR INDEX.
                   *** End of Abstract ***
```

RN11-304-01355          RE: 2011N-3764                                    6
000-9555-20

SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-024969-2007              CASE NUMBER: DC  012582   03
DATE DOCKETED: 01/24/07       DATE OF JUDGMENT IN S.C.P.: 08/19/03
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN

DEBT: $    12,093.72
COSTS: $       310.87
OTH: $        20.00
DCKG: $        10.00

CREDITOR(S):
     CAVALRY INVESTMENTS LLC
          ASSIGNEE OF
     ADVANTA
          ATTORNEY: OBRIEN & TAYLOR
                    175 FAIRFIELD AV
                    PO BOX 505
                    WEST CALDWELL NJ 07007
                    973-226-0900
DEBTOR(S):
     DAI M LEE
               2352 LINWOOD AV, FORT LEE, NJ 07024
          ATTORNEY: PRO SE
               ---------------
               *** End of Abstract ***




SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-008273-2008              CASE NUMBER: 11229107
DATE DOCKETED: 01/14/08       DATE OF JUDGMENT IN S.C.P.: 12/14/07
TYPE OF ACTION: FOREIGN JUDGMENT
VENUE: BERGEN

DEBT: $   106,323.47
DCKG: $        35.00

CREDITOR(S):
     HSBC BANK USA NA
               8 E 40TH ST, NEW YORK, NY
          ATTORNEY: MARKOWITZ & ROSHCO LLP
                    530 FIFTH AV, 23RD FLOOR
                    NEW YORK NY 10036
                    212-869-6000
DEBTOR(S):
     DAE HO LEE
               80 PRIMROSE LN, CLOSTER, NJ 07624
               ---------------
     JUDGMENT ENTERED IN THE COUNTY OF NEW YORK, STATE OF NEW YORK AND
     RECORDED IN THE STATE OF NEW JERSEY UNDER THE UNIFORM ENFORCEMENT OF
     FOREIGN JUDGMENTS ACT.
               *** End of Abstract ***


*Charles Jones*
*Established 1911*

RN11-304-01355          RE: 2011N-3764                                    7
000-9555-20


                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-127544-2008              CASE NUMBER: DC  006441  08
DATE DOCKETED: 05/30/08        DATE OF JUDGMENT IN S.C.P.: 04/28/08
TYPE OF ACTION: CONTRC-REG
VENUE: BERGEN

                                        DEBT: $      15,000.00
                                        COSTS: $        354.00
                                        DCKG: $          10.00
CREDITOR(S):
     JACKSON CAPITAL INC
          ATTORNEY: MARTIN B SMITH
                    1119 SPRINGFIELD RD
                    UNION NJ 07083
DEBTOR(S):
     DAE LEE
               1ST FLOOR,
               130 W CENTRAL BV, PALISADE PARK, NJ 07650
          ATTORNEY: PRO SE
                 ---------------
               *** End of Abstract ***

RN11-304-01355        RE: 2011N-3764                                    8
000-9555-20


                        SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-222566-2008                    CASE NUMBER: 60346807
DATE DOCKETED: 09/10/08        DATE OF JUDGMENT IN S.C.P.: 06/06/08
TYPE OF ACTION: FOREIGN JUDGMENT
VENUE: BERGEN
                                             DEBT: $    685,858.37
                                             DCKG: $         35.00
CREDITOR(S):
     SHINHAN BANK AMERICA
          F/K/A
     CHB AMERICA BANK
               4TH FLOOR
                 330 FIFTH AV, NEW YORK, NY 10001
          ATTORNEY: PAK & WHANG
                    2011 LEMOINE AV, 205
                    FORT LEE NJ 07024
                    201-461-3782
DEBTOR(S):
     TJ IMPORT CORP
               #601,
               45 W 29TH ST, NEW YORK, NY 10001
     G&S CHAIN CORP
               1540 NEWBRIDGE RD, NORTH BELLMORE, NY 11710
     DAE HO LEE
               80 PRIMROSE LN, CLOSTER, NJ 07624
     JOON HO LEE
               62 PRIMROSE LN, CLOSTER, NJ 07624
     HYUN SOOK YI
          A/K/A
     HYUN SOOK LEE
               80 PRIMROSE LN, CLOSTER, NJ 07624
     DREAM POST CORP
          D/B/A
     PARTY-GIANT
               1540 NEWBRIDGE RD, NORTH BELLMORE, NY 11710
               ---------------
JUDGMENT ENTERED IN THE COUNTY OF NEW YORK, STATE OF NEW YORK AND
RECORDED IN THE STATE OF NEW JERSEY UNDER THE UNIFORM ENFORCEMENT OF
FOREIGN JUDGMENTS ACT.
          DAE HO LEE ADDED TO OUR INDEX.
          JOON HO LEE ADDED TO OUR INDEX.
          HYUN SOOK YI ADDED TO OUR INDEX.
          HYUN SOOK LEE ADDED TO OUR INDEX.
                 *** End of Abstract ***

```
RN11-304-01355          RE: 2011N-3764                                    9
000-9555-20
```

```
                      SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-282411-2009
DATE DOCKETED: 11/24/09
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                              DEBT: $      3,750.00
  CREDITOR(S):
      MOTOR VEHICLE COMMISSION ,DMV AUTOMATED SURCHARGE
           ATTORNEY: PRO SE
  DEBTOR(S):
      DAE H LEE ,   DRIVERS LICENSE # = LXXXX1476809552 DOB: 09/04/1955
                    UNIT 2
                    1 BROAD AV, FAIRVIEW, NJ 07022
           ATTORNEY: PRO SE
                    ---------------
                *** End of Abstract ***
```

```
                      SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-127449-2010
DATE DOCKETED: 05/13/10
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                              DEBT: $      3,348.53
  CREDITOR(S):
      DIV OF TAXATION ,TAX ID NUMBER = I******138000
           ATTORNEY: PRO SE
  DEBTOR(S):
      DAE G LEE ,PRO SE, SSN#:XXX-XX-0138
                    1216 STERLING BV, ENGLEWOOD, NJ 07631
           ATTORNEY: PRO SE
      DAEGWON LEE
         (No Address)
              T/A
      YOUNGS SUSHI
         (No Address)
                    ---------------
           DAE GWON LEE ADDED TO OUR INDEX.
                *** End of Abstract ***
```

Charles Jones
Established 1911

RN11-304-01355          RE: 2011N-3764                          10
000-9555-20


                         SUPERIOR COURT OF NEW JERSEY
JUDGMENT NUMBER: DJ-199661-2011
DATE DOCKETED: 07/07/11
TYPE OF ACTION: CERTIF OF DEBT
VENUE: MERCER
                                          DEBT: $     1,058.62
   CREDITOR(S):
        DIV OF TAXATION ,TAX ID NUMBER = I******621000
             ATTORNEY: PRO SE
   DEBTOR(S):
        DAE Y LEE ,PRO SE, SSN#:XXX-XX-0621
                    306 RIVER MEWS LN, EDGEWATER, NJ 07020
             ATTORNEY: PRO SE
             D/B/A
        164 DANNYS DELI CORP
          (No Address)
                         ---------------
                     *** End of Abstract ***




                    UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-021943-1998
PETITION FILED: 02/18/98                    VOLUNTARY
ORDER FOR RELIEF: 02/18/98                  CHAPTER: 07
   IN THE MATTER OF:
        DAESUNG LEE , SSN#:XXX-XX-0241
             AND
        HYONSU LEE , SSN#:XXX-XX-1926
             187 BROOK ST, HARRINGTON, NJ 07640
          ATTORNEY: MICHAEL KOPELMAN-
                         ---------------
TRUSTEE: ROBERT WASSERMAN
                         DISCHARGE OF BANKRUPT: 06/01/98
FINAL DECREE: 06/03/98
                     *** End of Abstract ***

RN11-304-01355          RE: 2011N-3764                              11
000-9555-20


UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-045451-2002
PETITION FILED: 12/12/02                         VOLUNTARY
                                                 CHAPTER: 07

VENUE: NEWARK
 IN THE MATTER OF:
      DAE KEUN LEE , SSN#:XXX-XX-6288
      KYUNG JA CHO , SSN#:XXX-XX-5365
            229 WASHINGTON AVENUE, APT 9
               FORT LEE, NJ 07024
         ATTORNEY: RONALD I. LEVINE-
               210 RIVER STREET
               SUITE 24
               HACKENSACK NJ 07601
               (201) 489-7900
                  ---------------
TRUSTEE: CARMEN MAGGIO

                                 DISCHARGE OF BANKRUPT: 03/31/03
FINAL DECREE: 04/03/03
                  *** End of Abstract ***




UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-047490-2004
PETITION FILED: 11/29/04                         VOLUNTARY
                                                 CHAPTER: 07

VENUE: NEWARK
 IN THE MATTER OF:
      DAE-YONG LEE , SSN#:XXX-XX-4651
            10 W OAKDENE AV, PALISADES PARK, NJ 07650
         ATTORNEY: JAE Y. KIM-LAW OFFICES OF JAE Y. KIM, LLC
               ONE UNIVERSITY PLAZA
               SUITE 408
               HACKENSACK NJ 07601
               (201) 488-8600
                  ---------------
TRUSTEE: DANIEL J. YABLONSKY

                                 DISCHARGE OF BANKRUPT: 03/18/05
FINAL DECREE: 03/21/05
                  *** End of Abstract ***

```
RN11-304-01355          RE: 2011N-3764                              12
000-9555-20
```

```
                    UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-044799-2010
PETITION FILED: 11/08/10                          VOLUNTARY
                                                  CHAPTER: 07

VENUE: NEWARK
  IN THE MATTER OF:
        DAI M LEE , SSN#:XXX-XX-7082
              A/K/A
        DAI MYUNG LEE , SSN#:XXX-XX-7082
              A/K/A
        DAI MO LEE , SSN#:XXX-XX-7082
        HEE S LEE , SSN#:XXX-XX-3706
              A/K/A
        HEE SUN LEE , SSN#:XXX-XX-3706
              APT 5G
                2352 LINWOOD AV, FORT LEE, NJ 07024
          ATTORNEY: DONG SUNG KIM-KIM, CHOI AND KIM, P.C.
                  460 BERGEN BLVD.
                  SUITE 206
                  PALISADES PARK NJ 07650
                  201-363-0010
                      ---------------
TRUSTEE: STACEY MEISEL
                    *** End of Abstract ***
```

```
                    UNITED STATES BANKRUPTCY COURT
BANKRUPTCY NUMBER: BK-019395-2011
PETITION FILED: 03/29/11                          VOLUNTARY
                                                  CHAPTER: 07

VENUE: NEWARK
  IN THE MATTER OF:
        DAE HO LEE , SSN#:XXX-XX-2519
              85 SOUTH AV, NORWOOD, NJ 07648
          ATTORNEY: JAE Y. KIM-LAW OFFICES OF JAE Y. KIM, LLC
                  ONE UNIVERSITY PLAZA
                  SUITE 212
                  HACKENSACK NJ 07601
                  201-488-8600
                      ---------------
TRUSTEE: BENJAMIN A. STANZIALE JR.
                          DISCHARGE OF BANKRUPT: 07/08/11
FINAL DECREE: 07/18/11
                    *** End of Abstract ***
```

*Charles Jones*
*Established 1911*

**Data Trace**
*Provided By Signature
Information Solutions*

Title #: 2011N-3764   Order #: MT-304-3306291

**NEW JERSEY TAX & ASSESSMENT SEARCH**

**For:** GENERAL LAND ABSTRACT COMPANY

| | | | |
|---|---|---|---|
| **BLOCK** | : 6754 | **ASSESSED OWNER** | : LEE, DAI MO & HEE SUN |
| **LOT** | : 2 | **BILLING ADDRESS** | : 2352 LINWOOD AVE. #5G FORT LEE, NJ 07024-3860 |
| **QUAL** | : C005G | **LOT ADDRESS** | : 2352 LINWOOD AVE. #5G |
| **XLOT** | : SOUTHWEST CORNER PARK HILL TERRACE | **BERGEN** (MUNI CODE: 0219) | : FORT LEE BORO (201) 592-3537 309 MAIN STREET FORT LEE NJ 07024 |

**INFORMATION** : C.O. REQUIRED ON NEW CONSTRUCTION, RESALES, REN
**(FOR RESALE)**   SMOKE DETECTOR INSPECTION REQUIRED AS PER NJAC 5:70-4.19
    CALL (201) 592-3585 FOR INSPECTION
    INSPECTION FEE 75

**ASSESSOR'S CODE** : 2 - RESIDENTIAL   (NOT TO BE USED FOR DETERMINING NJ MANSION TAX)

**APX. LOT SIZE** : 2.821 AC .8309 PC

**ASSESSED VALUES** : LAND : $118,800   IMP. : $79,200   TOT. : $198,000

**TAX RATE** : $1.988 PER $100 OF ASSESSED VALUE

**TAX EXEMPTIONS** : NONE

**2010 TAXES** : $3,855.06 PAID IN FULL

**-2011 - DUE DATE** :
**QTR1 - 02/01** : $964.00 PAID
**QTR2 - 05/01** : $964.00 PAID
**QTR3 - 08/01** : $1,004.00 PAID; ESTIMATED TAX BILL
**QTR4 - 11/01** : $1,004.24 PAID
**-2012 - DUE DATE** :
**QTR1 - 02/01** : $984.00 OPEN
**QTR2 - 05/01** : $984.00 OPEN

**ADDED ASSESSMENTS** : NONE

**WATER ACCOUNT #** : PRIVATE - UNITED WATER CO. 69 DEVOE PL. HACKENSACK,NJ 07601 800-422-5987

**SEWER ACCOUNT #** : INCLUDED WITH TAXES

**CONFIRMED ASSESSMENTS** : NONE

**LIENS** : NONE

**Certificate as to current status of pending (unconfirmed) assessments:**
ORDINANCE #: NONE
TYPE OF IMPROVEMENT:
*Signature Information Solutions LLC* guarantees that the above information accurately reflects
the contents of the public record as of 11/01/2011

**REPORT FEE:** $38.00

G3/1.18     **Phone (800) 477-8288 ▪ Fax (800) 677-3272 ▪** P.O. Box 8488, Trenton, NJ 08650-0488

Page 1 of 1

103—DEED - BARGAIN AND SALE (Covenant as to Grantor's Acts)
IND. TO IND. OR CORP. — Plain Language     GRVST—1

Copyright© 1982 By ALL-STATE LEGAL SUPPLY CO.
One Commerce Drive, Cranford, N.J. 07016

# DEED

This Deed is made on   June 6th   , 19 86   ,

BETWEEN   JOHN CRANDALL, JR. and NIVES CRANDALL, his wife,

whose address is   149 English Street, Fort Lee, Bergen County, New Jersey
07024,   referred to as the Grantor,

AND

DAI MO LEE and HEE SUN LEE, his wife,

whose post office address is about to be Unit 5G, 2352 Linwood Avenue,
Fort Lee, Bergen County, New Jersey 07024,   referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

Transfer of Ownership.   The Grantor grants and conveys (transfers ownership of) the property
described below to the Grantee. This transfer is made for the sum of——————————————————
ONE HUNDRED TWENTY-THREE THOUSAND & no/100 DOLLARS ($123,000.00)
———————————————————— The Grantor acknowledges receipt of this money.

Tax Map Reference.   (N.J.S.A. 46:15-2.1) Municipality of Fort Lee
Block No.   6704        Lot No.   2 A5G        Account No.
☐ No property tax identification number is available on the date of this deed. (Check box if applicable.)

Property.   The property consists of the land and all the buildings and structures on the land in
the            Borough        of        Fort Lee
County of    Bergen        and State of New Jersey. The legal description is:

UNIT 5-G in Park Hill Terrace Condominium, which unit has been more
specifically defined in the Master Deed dated and* as amended, and
includes the fee in an undivided 0.8346% interest in the common
elements of Park Hill Terrace Condominium, now or hereafter estab-
lished and which Unit is herewith conveyed in conformity with the
Condominium Act of New Jersey.

SUBJECT to the conditions, restrictions, covenants and agreements
set forth in the Master Deed aforesaid, including the By-Laws of
Park Hill Terrace Condominium Association, and their supplements
and amendments, and to the provisions of the Condominium Act of
New Jersey.

BEING the same premises conveyed to the Grantors herein by Deed
dated June 27, 1984 from Ridgecrest Realty Corp., a New Jersey
corporation, recorded on June 29, 1984 in the Bergen County
Clerk's Office in Deed Book 6846, at page 868.

*recorded June 8, 1984 in the Office of the Clerk of
Bergen County, New Jersey in Book 6843 of Deeds for
said County at page 585,

Prepared by

Joseph T. Skelley

RECEIVED
Jul 8  11 16 AM '86
BERGEN COUNTY CLERK

BK 7020 PG 975

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

Witnessed by:

_____(Seal)
JOHN CRANDALL, JR.

_____
Joseph T. Skelley

_____(Seal)
NIVES CRANDALL

STATE OF NEW JERSEY, COUNTY OF BERGEN            SS..

I CERTIFY that on     June 6th        , 19 86   .
      JOHN CRANDALL, JR.  and NIVES CRANDALL, his wife,
personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):
   (a)  is named in and personally signed this Deed;
   (b)  signed, sealed and delivered this Deed as his or her act and deed; and
   (c)  made this Deed for $ 123,000.00        as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

Prepared by:

_____
(Print name below signature)

Joseph T. Skelley                    _____
_____      Joseph T. Skelley
N.J.S.A. 46:15-1.1  (Print signer's name below signature)   an Attorney at Law of New Jersey

BK 7020 PG 976

# D E E D

JOHN CRANDALL, JR. and
NIVES CRANDALL, his wife

Grantor,

TO

DAI MO LEE and HEE SUN LEE,
his wife,

Grantee.

Record and return to:

Robert T. Tessaro, Esq.
P.O. Box 2083
Fort Lee, NJ   07024

ABSTRACTED

BK 7020 PG 977    END OF DOCUMENT

LOAN NO.      : 9138017
TITLE NO.     : 8624-00666
MORTGAGORS    : Dai Mo Lee
                Hee Sun Lee

RECORD & RETURN TO:
Schwall & Becker
P.O. Box 460
Hillsdale, NJ 07642

TO:  CITICORP HOMEOWNERS, INC.

TOWNSHIP      : Fort Lee
COUNTY        : Bergen
TAX LOT       : 2-05G
TAX BLOCK     : 6704

[Space Above This Line For Recording Data]

PREPARED BY:

## MORTGAGE

John F. Fraebel, Esq.

THIS MORTGAGE ("Security Instrument") is given on _____ June 6 _____, 19 86. The mortgagor is _____ ("Borrower"). This
Dai Mo Lee and Hee Sun Lee
Security Instrument is given to _____ CITICORP HOMEOWNERS, INC. _____
_____, which is organized and existing under the laws of Delaware _____, and whose principal office and mailing address
is 670 Mason Ridge Center Drive, St. Louis, MO 63141 ("Lender"). Borrower owes Lender the principal sum of
NINETY TWO THOUSAND 00/100------------------------------------
Dollars (U.S. $ 92,000.00 ). This debt is evidenced by Borrower's note dated the same date as this Security Instrument
("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on July 1, 2016
This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions
and modifications; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security
Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this
purpose, Borrower does hereby mortgage, grant and convey to Lender the following described property located in
Borough of Fort Lee, Bergen _____ County, New Jersey:

UNIT 5-GIN PARK HILL TERRACE CONDOMINIUM, WHICH UNIT HAS BEEN MORE
SPECIFICALLY DEFINED IN THE MASTER DEED AFORESAID, AS AMENDED, AND
INCLUDES THE FEE IN AN UNDIVIDED 0.8346% INTEREST IN THE COMMON
ELEMENTS OF PARK HILL TERRACE CONDOMINIUM, NOW OR HEREAFTER ESTABLISHED
AND WHICH UNIT IS HEREWITH CONVEYED TO CONFORMITY WITH THE
CONDOMINIUM ACT OF NEW JERSEY.

MASTER DEED RECORDED JUNE 8; 1984 IN DEED BOOK 6843, PAGE 585.

BEING the same premises described in the deed made by John Crandall, Jr. and Nives
Crandall, husband and wife to the mortgagors herein and delivered simultaneously herewith
and this mortgage is given to secure so much of the purchase price of said premises,
this being a FIRST PURCHASE MONEY MORTGAGE.

which has the address of _____ 2352 Linwood Ave., Apt. 5G  Fort Lee _____, New Jersey _____ 07024 _____ ("Property
Address");                                [Street]                        [City]                    [Zip Code]

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances,
rents, royalties, mineral, oil and gas rights and profits, water rights and stock and all fixtures now or hereafter a part of the property. All
replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument
as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant
and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend
generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited
variations by jurisdiction to constitute a uniform security instrument covering real property.

ASSIGNMENT   DEC 1 7 1990
BOOK 882    PAGE 22

NEW JERSEY — Single Family — FNMA/FHLMC UNIFORM INSTRUMENT

Form 3031 12/83

MB-463 Rev. 9/83  31463

BOOK 7049 PAGE 86

CLAS - 341

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows.

19. **Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under paragraphs 13 and 17 unless applicable law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this paragraph 19, including, but not limited to, attorneys' fees and costs of title evidence permitted by Rules of Court.

20. **Lender in Possession.** Upon acceleration under paragraph 19 or abandonment of the Property, Lender (in person, by agent or by judicially appointed receiver) shall be entitled to enter upon, take possession of and manage the Property and to collect the rents of the Property including those past due. Any rents collected by Lender or the receiver shall be applied first to payment of the costs of management of the Property and collection of rents, including, but not limited to, receiver's fees, premiums on receiver's bonds and reasonable attorneys' fees, and then to the sums secured by this Security Instrument.

21. **Release.** Upon payment of all sums secured by this Security Instrument, Lender shall cancel this Security Instrument without charge to Borrower. Borrower shall pay any recordation costs.

22. **No Claim of Credit for Taxes.** Borrower will not make deduction from or claim credit on the principal or interest secured by this Security Instrument by reason of any governmental taxes, assessments or charges. Borrower will not claim any deduction from the taxable value of the Property by reason of this Security Instrument.

23. **Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants and agreements of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. [Check applicable box(es)]

☒ Adjustable Rate Rider    ☐ Condominium Rider    ☐ 2-4 Family Rider

☐ Graduated Payment Rider    ☐ Planned Unit Development Rider

☐ Other(s) [specify]

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

Signed, sealed and delivered in the presence of:

_____    _Dai M. Lee_____ (Seal)
Robert T. Tessaro, Esq.    Dai Mo Lee    —Borrower

_____    _Hee Sun Lee_____ (Seal)
   Hee Sun Lee    —Borrower

————————————— [Space Below This Line For Acknowledgment] —————————————

COPY RECEIVED. I ACKNOWLEDGE RECEIPT OF A TRUE COPY OF THIS MORTGAGE.

Witnessed or Attested by:    _Dai M. Lee_____ (Seal)
   Dai Mo Lee

_____    _Hee Sun Lee_____ (Seal)
Robert T. Tessaro, Esq.    Hee Sun Lee

STATE OF NEW JERSEY, COUNTY OF   BERGEN    SS..
I CERTIFY that on   June 6   , 1986 ,

Dai Mo Lee and Hee Sun Lee     personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):
(a) is named in and personally signed this document; and
(b) signed, sealed and delivered this document as his or her act and deed.

_____
(Print name and title below signature)
Robert T. Tessaro, Esq.
Attorney at Law of New Jersey

BERGEN COUNTY CLERK
Carol J. ....

RECORD'G FEE $.27.00
PAID

JUL 8 '86 11 36 AM '86
RECEIVED

BOOK **7049** PAGE **92**
Cias-344

**END OF DOCUMENT**

Loan # 9138017
Pool # 1989-09

NEW JERSEY

"This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market"

Lot # 2-05G
Block 6704

ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that CITICORP MORTGAGE, INC., 670 MASON RIDGE CENTER DRIVE, ST. LOUIS, MO. 63141, F/K/A Citicorp Homeowners, Inc., and successor in interest to Citicorp Homeowners Services, Inc., party of the first part, in consideration of the sum of $1.00 lawful money of the United States of America, to CITICORP MORTGAGE, INC., to it in hand paid by SECURITY PACIFIC NATIONAL TRUST COMPANY (NEW YORK), AS TRUSTEE, 2 RECTOR STREET, CORPORATE TRUST DIVISION, NEW YORK, NEW YORK 10006, party of the second part at or before the ensealing and delivery of these presents, the receipt whereof is hereby acknowledged, have granted, bargained, sold, assigned, transferred and set over, and by these presents do grant, bargain, sell, assign, transfer and set over unto the said party of the second part, SECURITY PACIFIC NATIONAL TRUST COMPANY (NEW YORK) AS TRUSTEE, Indenture of mortgage bearing date JUNE 6, 1986, made by DAI MO LEE AND HEE SUN LEE on lands in FORT LEE, NEW JERSEY, to secure the payment of the sum of $92,000.00 (NINETY TWO THOUSAND AND 00/100) dollars, which mortgage is recorded on JULY 8, 1986, in the clerks office of the County of BERGEN in book 7049 of Mortgages, pages 86, Document #XXXXX. Together with the bond or obligation therein described, and the money due and to grow due thereon, with the interest. To have and to hold, the same unto the said party of the second part SECURITY PACIFIC NATIONAL TRUST COMPANY (NEW YORK) AS TRUSTEE, or assigns subject only to the provision in the said Indenture of Mortgage mentioned: And do hereby make, constitute, and appoint the said party of the second part SECURITY PACIFIC NATIONAL TRUST COMPANY (NEW YORK) AS TRUSTEE, true and lawful attorney, irrevocable, in its name, or otherwise, but at proper costs and charges, to have, use and take all lawful ways and means for the recovery of all the said money and interest; and in case of payment to discharge the same as fully as CITICORP MORTGAGE, INC., might or could do if these presents were not made: and CITICORP MORTGAGE, INC., does hereby covenant, promise, and agree to and with the said party of the second part, that there is now due and owing upon the said bond and Mortgage the sum of $89,273.54.

IN WITNESS WHEREOF, CITICORP MORTGAGE, INC., has hereunto set its hand and seal, November 9, 1990.

Signed, Sealed and Delivered
in the presence of:

MARCIA LUNDBERG

STATE OF MISSOURI
COUNTY OF ST. LOUIS

CITICORP MORTGAGE, INC.

BY:
KENNETH J. GANIEL,
VICE PRESIDENT

Prepared by:
JUDITH TOPPER
ASSISTANT SECRETARY

Be it Remembered, that on November 9, 1990 before me a subscriber, personally appeared, KENNETH J. GANIEL, VICE PRESIDENT of CITICORP MORTGAGE, INC., who I am satisfied is the person who signed the within instrument, and he acknowledged the same as such officer aforesaid, and that the within instrument is the voluntary act and deed of such corporation, made by virtue of a Resolution of its Board of Directors.

NOTARY PUBLIC
MY TERM EXPIRES:

SHNJ7

RECORD AND RETURN TO:
CITICORP MORTGAGE
P.O. BOX 790034
ST. LOUIS, MO 63179
ATTN: M.S. 4240

CATHERINE CUNNINGHAM
NOTARY PUBLIC STATE OF MISSOURI
COUNTY OF ST. LOUIS
MY COMMISSION EXPIRES OCT

BOOK 982 PAGE 220

Loan Fee $ 18.00

RECORDED-BERGEN COUNTY
90 DEC 17 PM 1:42

COUNTY CLERK
11983?

END OF DOCUMENT

**Form 668 (Y)(c)**
(Rev. February 2004)

2447

Department of the Treasury - Internal Revenue Service

# Notice of Federal Tax Lien

| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #2<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>576763009 | For Optional Use by Recording Office |
|---|---|---|

RECEIVED AND FILED
2009 SEP -8 AM 11:02
Kathleen A. Donovan
BERGEN COUNTY CLERK

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HEESUNG & JINA K LEE

Residence        2240 JONES RD
                 FORT LEE, NJ 07024-3213

09-089085    FEDERAL TAX LIEN
V Bk: 00235 Pg: 1952-1952   Rec. Fee $25.00
Kathleen A. Donovan, Bergen County Clerk
Recorded 09/08/2009  12:20:00 PM

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | XXX-XX-8573 | 09/10/2007 | 10/10/2017 | 85978.63 |
| 1040 | 12/31/2001 | XXX-XX-8573 | 09/10/2007 | 10/10/2017 | 145982.34 |
| 1040 | 12/31/2002 | XXX-XX-8573 | 09/10/2007 | 10/10/2017 | 194858.24 |
| 1040 | 12/31/2003 | XXX-XX-8573 | 09/10/2007 | 10/10/2017 | 8773.81 |

**CHARGE**   25 -

| Place of Filing | Office of the County Clerk<br>Bergen<br>HACKENSACK, NJ 07601-7000 | Total | $    435593.02 |
|---|---|---|---|

This notice was prepared and signed at _____ DETROIT, MI _____ , on this,

the ___ 27th ___ day of ___ August ___  2009 .

| Signature  R. A. Mitchell<br>for NESTOR FIGUEROA | Title<br>REVENUE OFFICER<br>(201) 986-5167 | 22-01-1828 |
|---|---|---|

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

11-088153   Lis Pendens Recorded
V Bk: 00863 Pg: 0136-0137 Rec. Fee $50.00
Elizabeth Randall, Bergen County Clerk
Recorded 10/25/2011  02:19:15 PM

**FILED**

OCT 2 5 2011

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**BECKER MEISEL LLC**
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Attorneys for Chapter 7 Trustee, Stacey L. Meisel
STACEY L. MEISEL (SM9539)
SUZANNE IAZZETTA (SI2116)

| | |
|---|---|
| In re: | Case No. 10-44799 (DHS) |
| LEE, DAI M. & HEE S. | Chapter 7 |
| Debtors. | Judge: Hon. Donald H. Steckroth |

## NOTICE OF LIS PENDENS

To:   **Bergen County Clerk**
      **Registry Division, Room 150**
      **One Bergen County Plaza**
      **Hackensack, NJ 07601**

NOTICE is hereby given of the commencement and pendency of the above-entitled BANKRUPTCY action, the general objects of which are:

1.   To declare the Chapter 7 Trustee of the estate of DAI M. & HEE S. LEE'S interest in certain real property; for restraints regarding the sale, transfer or encumbrance of said property by anyone other than the Chapter 7 Trustee; and to sell pursuant to 11 *U.S.C.* §363 of the Bankruptcy Code one hundred percent (100%) interest in the property commonly known as *2352 Linwood Avenue, Apt. 5G, Fort Lee, NJ 07024,*, Block 6754, Lot 2, Qualifier C005G (the "Property"). Upon information and belief, said Property is

deeded in the name of DAI M. & HEE S. LEE.

2.    The relief sought includes the granting of an attachment or other provisional

remedy against the Property or other joining property pursuant to Chapter 16 of Title 2A

of the New Jersey Statutes and *Rule* 4:60 of the Rules governing the Courts of the State

of New Jersey; to enjoin further disposition by DAI M. & HEE S. LEE of the Property or

other joining property and for whatever relief that the Court may deem just and proper.

3.    The petition in the above-captioned bankruptcy was filed in the United States

Bankruptcy Court of the District of New Jersey on November 8, 2010.


BECKER MEISEL LLC
Attorneys for Stacey L. Meisel,
Chapter 7 Trustee

By:    _____
Suzanne Iazzetta

Dated:  October 21, 2011

S:\Docs\Becker Meisel\LEE, DAI & HEE\PLEADINGS\LIS PENDENS\LEE - Notice of Lis Pendens.doc

2