| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**BECKER MEISEL LLC**<br>Eisenhower Plaza II<br>354 Eisenhower Parkway, Suite 1500<br>Livingston, New Jersey 07039<br>(973) 422-1100<br>Counsel for Stacey L. Meisel, Chapter 7 Trustee<br><br>SUZANNE IAZZETTA (SI 2116) | |
| In re:<br><br>LEE, DAI M. & HEE S.<br><br>                  Debtors. | Case No. 10-44799 (DHS)<br><br>Chapter 7<br><br>**Hon. Donald H. Steckroth** |
| **Stacey L. Meisel, Chapter 7 Trustee**<br><br>                  **Plaintiff,**<br><br>**vs.**<br><br>**Cavalry SPV I LLC, New Century Financial Services, Inc., Laridian Consulting Inc., NCO Portfolio Management Inc., and Cavalry Investments LLC.,**<br><br>                  **Defendants.** | Adv. Proc. No. 12-01204 (DHS) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING THE STIPULATION AND CONSENT ORDER IN SETTLEMENT OF THE AVOIDANCE ACTION BROUGHT BY THE CHAPTER 7 TRUSTEE <u>AGAINST CAVALRY SPV I LLC</u>**

       The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**

1

**Debtor:**         **LEE, DAI M. & HEE S.**

**Case No.**        **10-44799 (DHS)**

**Adv. Proc. No.**  **12-01204 (DHS)**

**Caption of Order:** Order *Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Stipulation and Consent Order in Settlement of the Avoidance Action Brought by Chapter 7 Trustee against Cavalry SPV I LLC*

---

**THIS MATTER** having come before the Court upon the *Motion of the Chapter 7 Trustee for an Order Pursuant to Section 105(a) of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Stipulation and Consent Order in Settlement of the Avoidance Action Brought by the Chapter 7 Trustee Against Cavalry SPV I LLC* (the "**Settlement Motion**"), filed by Stacey L. Meisel, the Chapter 7 Trustee in the above-referenced Chapter 7 case; and upon notice to the Debtors' attorney; secured parties; counsel for the taxing authorities; the Office of the United States Trustee for the District of New Jersey; all parties who have filed and served a *Notice of Appearance*; all persons or entities purporting to have a lien or judgment which may be an encumbrance on the Property; and upon notice via the *Information and Notice of Settlement* filed to the Bankruptcy Court's docket in this case; and the Court having considered the moving papers, arguments of counsel and opposition, if any, the appropriate law, the appropriate statutory provisions and rules, and for cause shown, the Court finds as follows:

*Page 3 of 3*

*Debtor:*    *Lee, Dai M. & Hee S.*

*Case No.*    *10-44799 (DHS)*

**Adv. Proc. No.**    **12-01204 (DHS)**

**Caption of Order:** *Order Authorizing the Chapter 7 Trustee to Sell by Public Auction the Debtors' Real Property Located at 2352 Linwood Avenue, Apt. 5G, Fort Lee, NJ 07024, Free and Clear of Liens, Claims, and Encumbrances, with Valid Liens, if any, to Attach to the Proceeds of the Sale Pursuant to 11 U.S.C. § 363*

---

1.    Timely, sufficient and adequate notice has been provided;

2.    A reasonable opportunity to object and be heard has been afforded to all interested parties and entities; **therefore, it is hereby**

**ORDERED** that the terms of the terms of the proposed settlement as set forth in the Settlement Motion and in the *Stipulation and Consent Order to Vacate Default and Settle Adversary Proceeding Against Cavalry SPV I LLC* (the "**Consent Order**") are fair, reasonable and in the best interest of the estates; and it is further

**ORDERED** that the Parties (as defined in the Settlement Motion) are directed to comply with the terms of the settlement as set forth in the Consent Order; and it is further

**ORDERED** that the Bankruptcy Court in the District of New Jersey retains jurisdiction out of any and all disputes relating to the Consent Order.

3