UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    :    Case no.:        _____
                                                          :
                                                          :    Adversary Case:_____
                                                          :
              Debtor(s)                                   :    Judge:           _____
_____:

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objections filed relative to the following Notice of :

❏        Abandonment

❏        Public Sale

❏        Private Sale

❏        Settlement of Controversy

❏        Auctioneer Compensation

Description of Property (if applicable):

Date: _____                    JAMES J. WALDRON, Clerk

*Last revised: 1/14/10*